IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Turner, Antonio E

Printed: 12/28/07

Case Number: 06 B 03840
Judge: Wedoff, Eugene R
Filed: 4/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 14, 2007
Confirmed: June 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,445.00 |  |
| Secured: |  | 99.96 |
| Unsecured: |  | 0.00 |
| Priority: |  | 213.68 |
| Administrative: |  | 2,949.00 |
| Trustee Fee: |  | 173.55 |
| Other Funds: |  | 8.81 |
| Totals: | 3,445.00 | 3,445.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,949.00 | 2,949.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Great American Finance Company | Secured | 400.00 | 99.96 |
| 4. | Washington Mutual Bank FA | Secured | 20,662.82 | 0.00 |
| 5. | Internal Revenue Service | Priority | 626.98 | 213.68 |
| 6. | Asset Acceptance | Unsecured | 3.04 | 0.00 |
| 7. | Great American Finance Company | Unsecured | 0.14 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 19.20 | 0.00 |
| 9. | MCSI | Unsecured | 2.50 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 7.11 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 6.29 | 0.00 |
| 12. | Nuvell Credit Company LLC | Unsecured | 115.14 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 4.27 | 0.00 |
| 14. | National Capital Management | Unsecured | 0.55 | 0.00 |
| 15. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 16. | Marshalls | Unsecured | | No Claim Filed |
| 17. | Charter One Bank | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 21. | Target | Unsecured | | No Claim Filed |
| 22. | North Riverside Police Dept. | Unsecured | | No Claim Filed |
| 23. | Rush Pediatric | Unsecured | | No Claim Filed |
| 24. | SBC | Unsecured | | No Claim Filed |
| 25. | AT&T | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Turner, Antonio E | Case Number: 06 B 03840 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 12/28/07 | Filed: 4/7/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 27. | Village Of Bellwood | Unsecured | | No Claim Filed |
| 28. | Brinks | Unsecured | | No Claim Filed |

$ 24,797.04        $ 3,262.64

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 80.05 |
| 4.8% | 44.83 |
| 5.4% | 48.67 |

$ 173.55

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____